**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7161**

RYAN STILLMAN LUCAS,

                    Plaintiff – Appellant,

        v.

GARY L. SHIVELY; PATRICK LAMB,

                    Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, District Judge.  (7:13-cv-00055-MFU-RSB)

Submitted:  February 27, 2015          Decided:  March 5, 2015

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John P. Fishwick, Jr., LICHTENSTEINFISHWICK, PLC, Roanoke, Virginia, for Appellant. Jeremy E. Carroll, GLENN, FELDMANN, DARBY & GOODLATTE, Roanoke, Virginia; Jim H. Guynn, Jr., GUYNN & DILLON, P.C., Salem, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Stillman Lucas appeals the district court's order granting summary judgment in favor of the Appellees on Lucas' 42 U.S.C. § 1983 (2012) and state law claims for false arrest, false imprisonment, and malicious prosecution. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Shively</u>, No. 7:13-cv-00055-MFU-RSB (W.D. Va. July 7, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>